United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-31154
Conference Calendar

———————————————

DARRYL MOORE,

Plaintiff-Appellant,

versus

RICHARD L. STALDER; LINDA RAMSAY; ANGIE HUFF; RAY HANSON;
BECKY MOSS; VENETIA T. MICHAEL,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-600
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Darryl Moore, Louisiana prisoner no. 117655, appeals the

dismissal, without prejudice, of his 42 U.S.C. § 1983 action in

which he complains of a prison disciplinary sanction.  We review

the dismissal <u>de</u> <u>novo</u> and take a strict approach to the

requirement that a prisoner exhaust administrative remedies.

<u>Days v. Johnson</u>, 322 F.3d 863, 866 (5th Cir. 2003) (strict

approach); <u>Powe v. Ennis</u>, 177 F.3d 393, 394 (5th Cir. 1999)

———————————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(<u>de</u> <u>novo</u> review).  Nothing in the record on appeal shows that Moore exhausted his administrative remedies prior to filing his action.  <u>See</u> <u>Wendell v. Asher</u>, 162 F.3d 887, 890 (5th Cir. 1998); 42 U.S.C. § 1997e(a).  The judgment of the district court is AFFIRMED.